# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SHETTLESWORTH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02893-MCE-EFB<br><br>**ORDER GRANTING JOINT STIPULATION FOR MENTAL EXAMINATION OF PLAINTIFF PURSUANT TO F.R.C.P. RULE 35** |

**IT IS HEREBY ORDERED** that the joint stipulation submitted by counsel for the mental examination of Plaintiff to be conducted by Dr. James Rosenberg, M.D., at a date and time to be agreed upon by the parties, at a location to be determined at or near Vacaville, California is GRANTED under the following agreed upon conditions:

A. The nature, scope, conditions and manner of the examination are to be as follows:

1. Plaintiff will submit to a mental examination to be conducted by Dr. James Rosenberg, to evaluate the nature and extent of Plaintiff's claims of mental and emotional distress, as set forth in the operative Complaint and of which Plaintiff intends to introduce at trial through the testimony of her therapist Candace

Teska;

2. Dr. Rosenberg is a physician licensed to practice medicine in the State of California. Dr. Rosenberg received his medical degree from the UCLA School of Medicine, and completed a transitional internship, a residency in psychiatry at the UCLA Neuropsychiatric Institute, and a fellowship in forensic psychiatry at Case Western Reserve University School of Medicine in Cleveland, OH. Dr. Rosenberg is board-certified in psychiatry by the American Board of Psychiatry & Neurology, Inc. In addition to his extensive teaching and patient-care experience, he has conducted over 1,000 medico-legal evaluations. A complete copy of Dr. Rosenberg's curriculum vitae is attached as Exhibit A to the parties' Stipulation.

3. Dr. Rosenberg will conduct a psychiatric examination of Plaintiff to assist Defendant Wal-Mart Stores, Inc. and its counsel with regard to understanding Plaintiff's alleged complaints of psychiatric injury and its sequelae, including the origin, nature, and severity of Plaintiff's alleged mental health injuries, and in turn, prognosis and future treatment needs, if applicable.

4. The psychiatric examination will span approximately five to six hours, excluding breaks. It will consist of a detailed interview, mental status examination, and appropriate, generally accepted standardized psychological testing and screening cognitive assessment; specifically MMPI-2-RF, Personality Assessment Inventory (PAI), Trauma Symptom Inventory – 2 (TSI-2), and Mini Mental State Examination – 2 (MMSE-2). Attached as Exhibit B to the Stipulation is a complete description of Dr. Rosenberg's standard psychiatric evaluation.

5. Dr. Rosenberg will audio record the entire psychiatric evaluation. Plaintiff may also audio record the examination, but no one else may be present in the room during the evaluation. The examination shall not be videotaped.

6. The psychiatric evaluation will not involve any physical examination. There will be no blood tests or other intrusive medical studies or procedures. The examination will be conducted at a location at or near Vacaville, California.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

CASE NO.: 2:16CV-02893-MCE-EFB
ORDER

7. A copy of the Stipulation will be given to Dr. Rosenberg prior to the examination.

8. Dr. Rosenberg may be provided with Plaintiff's medical records, personnel file, leave of absence file, deposition testimony, discovery responses, Complaint, and mental health records by defense counsel, which he may review prior and/or subsequent to examination of Plaintiff.

9. After the examination of Plaintiff, Dr. Rosenberg will prepare a written report of his findings in conformance with F.R.C.P. Rule 35. A copy of said report will be provided to Plaintiff's counsel within five days of completion.

10. The results of the psychological testing will be kept confidential and used for purposes of this litigation only.

11. Defendant Wal-Mart Stores, Inc. reserves the right to move for an order permitting a further physical examination of Plaintiff, which may include any issues and testing outside the scope of this stipulation.

IT IS SO ORDERED.

Dated: December 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES