UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY SHETTLESWORTH,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02893-MCE-EFB<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be DISMISSED with prejudice against all parties. Each party is to bear its own attorneys' fees and costs.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE